No. 86–987. HAIG ET AL. v. BISSONETTE ET AL., 485 U. S. 264. Petition for rehearing dismissed. THE CHIEF JUSTICE, JUSTICE O'CONNOR, JUSTICE SCALIA, and JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–688. ZEMSKY v. CITY OF NEW YORK ET AL., 484 U. S. 965. Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–1008. HAYES v. ANSON ET AL., 484 U. S. 1063. Motion for leave to file petition for rehearing denied.

No. 87–1320. ROSENBAUM v. ROSENBAUM, 485 U. S. 950. Petition for rehearing and other relief denied.

No. 87–5316. DAVIS v. XEROX CORP., 484 U. S. 966. Motion for leave to file petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this motion.

MAY 20, 1988

No. 87–1349. COUNTY OF BOULDER, COLORADO v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

MAY 23, 1988

No. 87–1650. BRANNON v. RANDMAA. Appeal from Ct. App. Tex., 3d Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–181. DIXON v. WESTINGHOUSE ELECTRIC CORP. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of EEOC v. Commercial Office Products Co., ante, p. 107.